# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE JACKSON,<br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, et al.,<br>Defendants. | CV 18-08176-DSF (PLA)<br><br>Order to Show Cause re Sanctions |

Neither "lead counsel" Randy H. McMurray nor "lead counsel" Susan Sabry have responded to the Court's several communications concerning the fact that Ms. Sabry is not a member of the Bar of the Central District of California. It appears Ms. Sabry is no longer affiliated with McMurray Henriks LLP. Ms. Sabry's appearance without applying for membership was inappropriate. The failure of both Mr. McMurray and Ms. Sabry to respond to the Court's communications (or for the firm to fail to forward the Court's communications to Ms. Sabry) is unacceptable.

McMurray Hendricks LLP and Randy McMurray are ordered to show cause in writing no later than April 12, 2019 why they should not each be sanctioned in the amount of $250 for this conduct. Taking the appropriate action to terminate Ms. Sabry as counsel no later than April 12, 2019 will be an acceptable response to the Order to Show Cause. Failure to respond with an

CC: ATTORNEY ADMISSIONS

acceptable explanation or to take the appropriate action will result in the sanctions being imposed.

IT IS SO ORDERED.

Date: April 9, 2019

_____
Dale S. Fischer
United States District Judge