# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE JACKSON,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>KAISER FOUNDATION<br>HOSPITALS, et al.,<br>　　　Defendants. | CV 18-8176 DSF (PLAx)<br><br>Order to Show Cause re<br>Dismissal for Lack of Prosecution |

　　　In September 2021, this Court held at pretrial conference. The Court then ordered the parties to engage in a settlement conference with Magistrate Judge Louise LaMothe. The parties were unable to reach a settlement at that time. Not having heard from the parties for some time after the failed settlement conference, on July 11, 2022, the Court ordered the parties to meet and confer and propose a date for the pretrial conference (a Monday that is not a holiday) and trial (a Tuesday that is not a holiday) and submit a proposed order to the Court's generic chambers email. No order has been submitted.

　　As it is Plaintiff's responsibility to prosecute this action, Plaintiff is ordered to show cause in writing no later than November 15, 2022 why this action should not be dismissed for failure to prosecute. This Order to Show Cause will be deemed satisfied if Plaintiff meets and confers with defense counsel and proposes a date for the pretrial conference (a Monday that is not a holiday) and trial (a Tuesday that is not a holiday) acceptable to both parties – and a proposed order is submitted to the Court's generic chambers email. If the parties are unable to reach agreement, Plaintiff must submit a proposed order and the defense may submit a proposed order.

    A hearing on the Order to Show Cause will be held on November 21, 2022 at 11:00 a.m. Failure by Plaintiff to submit a proposed order or to appear at the hearing will result in dismissal of this action.

    IT IS SO ORDERED.

Date: October 26, 2022

/s/ Dale S. Fischer
Dale S. Fischer
United States District Judge