JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yvette Jackson<br><br>PLAINTIFF(S)<br><br>v.<br><br>Kaiser Foundation Hospitals et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-08176-DSF-PLA<br><br>**JUDGMENT ON THE VERDICT<br>FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable Dale S. Fischer, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff Yvette Jackson take nothing, that the action be dismissed on the merits, and that the defendant Kaiser Foundation Hospitals recover of the plaintiff its costs of action, taxed in the sum of _____ .

Clerk, U. S. District Court

Dated: June 1, 2023

By      Patricia Kim
             Deputy Clerk

At: Los Angeles, California

cc:     Counsel of record